PEN
F. #2017R01012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
CLERK

2018 MAR 23  AM 1: 38

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

NOTICE OF MOTION

Criminal Docket No. __1-8__ ( __ ) 148

**KORMAN, J.**

**LEVY, M.J.**

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JOHN DOE's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Central Islip, New York
          March 16, 2018

                               RICHARD P. DONOGHUE
                               United States Attorney
                               Eastern District of New York
                               Attorney for Plaintiff
                               610 Federal Plaza
                               Central Islip, New York 11722

          By:    _____
                               Patricia E. Notopoulos
                               Assistant United States Attorney
                               (718) 254-6354

Cc:    Clerk of the Court
       Christopher Cardillo, Esq.